# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE (For a Petty Offense) |
|---|---|
| v. | CASE NUMBER: 16-PO-00105-DLW |
| ASHLEN E. MCCORMICK | PRO SE (Defendant's Attorney) |

**THE DEFENDANT:** Plead guilty to count 1 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 16 USC 3; 36 CFR 4.14(a) | Open Container of Alcohol Within a Vehicle | 6/22/15 | 1 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Violation Nos. 5060891/9 & 5060892/9 are dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

03/14/16
Date of Imposition of Judgment

s/David L. West
Signature of Judicial Officer

David L. West, U.S. Magistrate Judge
Name & Title of Judicial Officer

03/14/16
Date

DEFENDANT: ASHLEN E. MCCORMICK
CASE NUMBER: 16-PO-00105-DLW

Judgment-Page 2 of 4

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | CVB | Fine | Restitution |
|---|---|---|---|---|
| 1 | $10.00 | 0 | $75.00 | $0.00 |
| **TOTALS** | $10.00 | $0.00 | $75.00 | $0.00 |

## OBLIGATIONS PURSUANT TO PLEA AGREEMENT

The defendant shall obtain a substance abuse evaluation and comply with recommended treatment, submit a UA at the time of the evaluation, which UA must be negative for controlled substances and perform 24 hours of community service for a relevant program.

The defendant must submit proof of completion of all of the above to the Court by July 1, 2016 or appear before the Court on July 5, 2016 at 10:00 a.m.

DEFENDANT: ASHLEN E. MCCORMICK
CASE NUMBER: 16-PO-00105-DLW

Judgment-Page 3 of 4

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations shall be due as follows:

Immediately

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order: (1) special assessment, (2) fine principal, (3) fine interest